FILED

Aug 16 2021

SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Gregory P. Mango,<br><br>Plaintiff,<br><br>-against-<br><br>Care2.com, Inc.,<br><br>Defendant. | Case No. 3:21-cv-03882-TSH<br><br>**ORDER GRANTING JOINT MOTION TO DISMISS PURSUANT TO FRCP 41(a)(1)(A)(ii)** |

Having read and considered the Stipulated Notice of Voluntary Dismissal, filed by Plaintiff Gregory P. Mango and Defendant Care2.com, Inc., IT IS HEREBY ORDERED THAT, this action is DISMISSED WITH PREJUDICE in its entirety, with each party bearing his or its own costs, expenses and attorney's fees incurred in the prosecution or defense of their respective claims and defenses.

IT IS SO ORDERED.

DATED:  August 16, 2021

_____
Thomas S. Hixson
United States Magistrate Judge